ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
  333 Market Street, Suite 1500
  San Francisco, California  94105
  Tel:  (415) 977-8973
  Fax:  (415) 744-0134
  Email:  Susan.L.Smith@ssa.gov

Attorneys for Defendant Michael J. Astrue,
  Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CLAUDE BONNER, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant. | No. EDCV-11-00940-AJW<br><br>**JUDGMENT OF REMAND** |

  The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: __3/8/12__     _____
               HON. ANDREW J. WISTRICH
               UNITED STATES MAGISTRATE JUDGE